# PIERRE PIERRE LAW, P.C.

| NEW YORK OFFICE: | FLORIDA OFFICE: |
|---|---|
| 211 East 43rd Street | 51 W Cypress Creek Road |
| Suite 608 | Suite 300 |
| New York, NY 10017 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence** | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/2022

March 16, 2022

Honorable Katharine H. Parker  
United States Magistrate Judge  
U.S. District Court  
500 Pearl Street, Room 750  
New York, NY 10007

**Letter Motion:**  
**Extension of Time Request**

APPLICATION GRANTED  
Hon. Katharine H. Parker, U.S.M.J.  
3/17/2022

**Re: Glenn Barton v. Comm'r of SSA  1:21-cv-07924-AJN-KHP**

Dear Honorable Judge Parker:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's motion for Judgment on the Pleadings is due on March 19, 2022. Due to the many administrative transcripts filed by the Defendant as he recovers from the pandemic backlog, Plaintiff's counsel has incurred a similar backlog and requires additional time to prepare his brief in this matter.

Plaintiff therefore writes to respectfully request an extension of time of sixty days (60) to serve her motion through and including May 18, 2022, with Defendant's cross motion due July 17, 2022, and Plaintiff's Reply due on August 7, 2022. No previous request for an extension has been made in this case and the Defendant has given consent.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre  
Eddy Pierre Pierre, Esq.  
Attorney for Plaintiff  
(646) 992-8383  
(718) 504-6962 fax

Cc: Susan C. Branagan, Esq.   (Via ECF)
 Attorney for Defendant.