# PIERRE PIERRE LAW, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/17/2022

| NEW YORK OFFICE: | |
|---|---|
| 211 East 43rd Street | 1451 W Cypress Creek Road |
| Suite 608 | Suite 300 |
| New York, NY 10017 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | ax: (754) 484-3121 |
| ***mail all correspondence | |

**APPLICATION GRANTED**

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

05/17/2022

May 16, 2022

Honorable Katharine H. Parker
United States Magistrate Judge
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007

Letter Motion:
Second Extension of Time
Request

**Re: Glenn Barton v. Comm'r of SSA  1:21-cv-07924-AJN-KHP**

Dear Honorable Judge Parker:

Pursuant to the Revised Scheduling Order in the above referenced case, Plaintiff's motion for Judgment on the Pleadings is due on May 18, 2022.

Plaintiff requests the Court's indulgence with this second request as we expected to complete our brief herein, but continue to experience staffing issues and had several briefing conflicts as the Defendant alleviates her backlog of administrative records. Plaintiff therefore writes to respectfully request a second extension of time of sixty days (60), with the following proposed revised Scheduling Order:

a)  Plaintiff to serve her motion on or before July 17, 2022;

b)  Defendant to serve her cross motion on or before September 15, 2022;

c)  Plaintiff to serve her Reply, if any, on or before October 6, 2022.

The Defendant has been contacted and does not oppose this request.  Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.

Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:     Susan C. Branagan, Esq.   (Via ECF)
        Attorney for Defendant.