UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GLENN BARTON,

                  Plaintiff,                  21 **CIVIL** 7924 (JPO)(KHP)

     -v-                                     **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 26, 2022, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings, including offering the plaintiff the opportunity for a hearing and providing a de nova decision in the case in accordance with the Commissioner's rules and regulations, and pursuant to the fourth sentence of 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**Dated:** New York, New York
           September 28, 2022

                                                               **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                      **BY:**     K. Mango

                                                                      **Deputy Clerk**