```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
            :
Glenn Barton,            :
            :
         Plaintiff,    :
            :              **ORDER**
       -against-    :      21-CV-7924 (JPO) (KHP)
            :
Commissioner of Social Security,    :
            :
         Defendant.   :
            :
-------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

      The Court has received Plaintiff's counsel's motion for reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and a memorandum of law and exhibits in support.  (ECF Nos. 28-30.)  By **Monday, January 9, 2023**, the parties shall either file a stipulation awarding such fees, or Defendant shall file its opposition.

      **SO ORDERED.**

Dated:   December 21, 2022
            New York, New York

                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge